CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH W. BRAKEBILL (CABN 196696)
Chief, Civil Division
WILLIAM SKEWES-COX (DCBN 1780431)
Special Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7073
FAX: (415) 436-7000
william.skews-cox@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LI ZHANG,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*<br><br>Defendants. | Case No. 3:26-cv-07452-CRB<br><br>**JOINT STATUS REPORT AND STIPULATION TO STAY PROCEEDINGS; [~~PROPOSED~~] ORDER** |

Pursuant to the Order granting the parties' Stipulated Request to Stay Proceedings, Dkt. No. 15, the parties submit this joint status report on Plaintiff's Form I-485, Application to Register Permanent Residence or Adjust Status. The Court's Order stayed these proceedings until November 20, 2026, to allow Defendant United States Citizenship and Immigration Services ("USCIS") time to interview Plaintiff on October 21, 2026. USCIS interviewed Plaintiff as scheduled but needs additional time to process and issue a decision notice on Plaintiff's application.

Accordingly, the parties stipulate and request, subject to the Court's approval, to extend the stay for an additional two weeks, until December 4, 2026. At that time the parties will file a further joint status report with the Court and may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of

proceedings in this case will benefit the parties and conserve the Court’s resources while the parties pursue a potential administrative resolution.

Dated: November 20, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ William Skewes-Cox*
WILLIAM SKEWES-COX
Special Assistant United States Attorney
Attorneys for Defendants

Dated: November 20, 2026

*/s/ Charles Yu*
CHARLES YU
Attorney for Plaintiff

**[~~PROPOSED~~] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: November 23, 2026

HON. CHARLES R. BREYER
United States District Judge

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.